

# THE MARKS LAW FIRM, P.C.

November 22, 2023

**Via ECF:**
Hon. Dale E. Ho
United States District Judge
United States District Court
40 Foley Square, Courtroom 905
New York, New York 10007

<span style="color:blue">Application GRANTED, with the following modifications: the Initial Pretrial Conference shall be held on **January 18, 2024, at 11:00 a.m. (E.T.)**. The parties shall dial in by calling (646) 453-4442 and entering the Phone Conference ID: 484 783 305, followed by the pound (#) sign. The parties shall file the joint letter and case management plan by **January 11, 2024**. SO ORDERED.

Dale E. Ho
United States District Judge
Dated: November 22, 2023
New York, New York</span>

      RE: **Altaune Brown v. Your Discount Store, Inc., et al.**
            Index: 1:23-cv-04037-DEH

Dear Judge Ho,

    Plaintiff respectfully requests a forty-five (45) day adjournment of the Initial Pretrial Conference from **December 7, 2023** to **January 20, 2024** and a forty-five (45) day extension of the deadline to submit a proposed Case Management Plan and Joint Letter from **November 30, 2023** to **January 14, 2024**, in accordance with Your Honor's October 24, 2023 Notice of Reassignment and Order [Dkt. 23].

    The reason for this request is that our office is in communication with "Eli" (an agent of Defendant, 31 Oliver St. NYC, LLC) who informed us that this matter has been reported to their insurance company and that they are currently investigating this matter prior to retaining counsel. Given the upcoming holiday schedule, this process has taken longer than expected. The requested adjournment would allow Defendant, 31 Oliver St. NYC, LLC to appear in this action with Counsel prior to an Initial Conference and prior to submitting a Case Management Plan and Joint Letter as their input is necessary in litigating the claims alleged in this action as the landlord of the subject property. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

<span style="color:blue">The Clerk of Court is respectfully requested to terminate the open motion at ECF No. 24.</span>

                                       Respectfully Submitted,

                                       The Marks Law Firm, P.C.

                                       By:_____
                                            Bradly G. Marks

155 E 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com