UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>       Plaintiff(s),<br><br>   v.<br><br>YOUR DISCOUNT STORE, INC., et al.,<br><br>       Defendant(s). | 23-cv-4037 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On January 10, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **January 18, 2024**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and requested referral to mediation will issue separately.

SO ORDERED.

Dated: January 10, 2024
   New York, New York

                        DALE E. HO
                       United States District Judge